U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2018

TONY R. MOORE CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SREAM, INC. | CIVIL ACTION NO. 17-cv-1198 |
| VERSUS | JUDGE DRELL |
| TONY HUSEIN, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 10)** is **granted** and the complaint is **dismissed without prejudice** with respect to both defendants.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 2nd day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE